OPINIONS PER CURIAM, ETC., FROM OCTO-
BER 10 TO DECEMBER 18, 1910.

No. —, Original. *Ex parte:* IN THE MATTER OF PATRICK
LANCER, PETITIONER. Submitted October 11, 1910. De-
cided October 17, 1910. Motion for leave to file a peti-
tion for writ of mandamus denied. *Mr. Wilford H. Smith*
for the petitioner. No one opposing.

No. 567. FRANK N. HOFFSTOT, APPELLANT, *v.* BERNARD
A. FLOOD, A DETECTIVE OF POLICE OF THE CITY OF NEW
YORK. Appeal from the Circuit Court of the United
States for the Southern District of New York. Motions
to dismiss or affirm or to advance submitted October 11,
1910. Decided October 17, 1910. Order affirmed with
costs. No further opinion will be delivered. (Mr. Jus-
tice Hughes did not participate in the consideration or
decision of this case.) *Mr. W. A. Blakeley, Mr. Charles S.
Whitman, Mr. Warren I. Seymour, Mr. George Gordon
Battle* and *Mr. H. Snowden Marshall* for the appellee, in
support of the motions. *Mr. Adrian H. Joline, Mr. John
D. Lindsay* and *Mr. Adrian H. Larkin* for the appellant,
in opposition thereto.